**Order entered October 20, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00938-CV

## SENRICK WILKERSON, Appellant

## V.

## THE CITY OF DALLAS, ET AL., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00716-D**

## ORDER
Before Chief Justice Wright and Justice Lang-Miers and Justice Stoddart

We **DENY** appellant's October 10, 2016 motion for appeal.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE